Kennedy D. Nate (14266)
Austin C. Nate (17789)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Post Office Box 45385
Salt Lake City, UT 84145-0385
Phone: (801) 532-1500
knate@rqn.com
anate@rqn.com

*Attorneys for Defendant Lazer Quick Loan Now, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRITTANY LEONARD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> LAZER QUICK LOAN NOW, LLC, <br><br> Defendant. | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** <br><br> Case No. 2:25-cv-00557 <br><br> Judge: Howard C. Nielson, Jr <br><br> Magistrate Judge: Dustin B. Pead |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Lazer Quick Loan Now, LLC ("Defendant") states that it is wholly-owned by Urban Marketing LLC.

DATED this 11th day of August, 2025.

                                                          **RAY QUINNEY & NEBEKER P.C.**

                                                          */s/ Kennedy D. Nate*
                                                          Kennedy D. Nate
                                                          Austin C. Nate
                                                          *Attorneys for Defendant Lazer Quick Loan Now, LLC*

1717842